IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BENJAMIN VILLA CARRANZA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. CV-F-05-097 OWW (No. CR-F-02-5416 OWW) ORDER GRANTING PETITIONER'S MOTION FOR WITHDRAWAL OF MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 (Doc. 62) |
| Petitioner, | | |
| vs. | | |
| UNITED STATES OF AMERICA, | | |
| Respondent. | | |

Petitioner's motion to withdraw his motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **GRANTED**.

IT IS SO ORDERED.

Dated:  December 12, 2007            /s/ Oliver W. Wanger
                                UNITED STATES DISTRICT JUDGE

1